UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY RASHAD JOHNSON<br>CDC #F-39513,<br><br>                              Plaintiff,<br><br>v.<br><br>SAN DIEGO METROPOLITAN TROLLEY<br>SYSTEMS; and A. CAMPBELL,<br><br>                              Defendants. | Civil No.    06cv1192-L (CAB)<br><br>**ORDER:**<br>**1) GRANTING PLAINTIFF'S MOTION**<br>**FOR CHANGE IN ENTITY OF**<br>**DEFENDANTS; and,**<br>**2) DIRECTING U.S. MARSHAL TO**<br>**EFFECT SERVICE OF AMENDED**<br>**COMPLAINT**<br><br>**[Doc. No. 32]** |

Plaintiff, a state prisoner proceeding *pro se*, has filed a civil rights complaint pursuant to 42 U.S.C. § 1983.  Before the Court is Plaintiff's "Motion for request in change of entity of Defendants so service of process could be directed." [Doc. No. 32.]  Having reviewed the document, the Court construes the motion as a request to amend the complaint to substitute the name of the proper Defendants.  Plaintiff previously attempted to have the U.S. Marshal serve named Defendant "San Diego Metropolitan Trolley Service," but the summons was returned unexecuted, because "San Diego Metropolitan Trolley Service" was the incorrect name for the entity.  Plaintiff then wished to amend the Complaint to change the name of the Defendant to "MTS." [Doc. No. 29.]  The Court denied that request without prejudice, because it appeared "MTS" was also the improper name of the Defendant. [Doc. No. 30.]

Plaintiff now wishes to amend the Complaint to change the name of the Defendant to "San Diego

1

06cv1192

Metropolitan Transit System," which appears to be the correct name for the entity. As such, Plaintiff's request is GRANTED. IT IS HEREBY ORDERED that the Complaint shall be amended to name "San Diego Metropolitan Transit System" and "A. Campbell, San Diego Metropolitan Transit System, Employee" as Defendants. The Amended Complaint attached to Doc. No. 32 shall be filed and titled "Third Amended Complaint."

IT IS FURTHER ORDERED that:

1. The Clerk shall issue a summons for Defendants, provide Plaintiff with a certified copy of both this Order and his Third Amended Complaint [attachment to Doc. No. 32], and forward them to Plaintiff along with a blank U.S. Marshal Form 285 for each of these Defendants. Plaintiff shall complete the Forms 285 and forward them to the United States Marshal within a reasonable amount of time such that the U.S. Marshal can timely serve the Defendants within the 120 days provided by Fed. R. Civ. P. 4(m). The U.S. Marshal shall, after receiving Plaintiff's completed Forms 285, serve a copy of the Third Amended Complaint, any exhibits and summons upon Defendants as directed by Plaintiff on each U.S. Marshal Form 285. All costs of service shall be advanced by the United States. *See* 28 U.S.C. § 1915(d); Fed. R. Civ. P. 4(c)(2).

2. Plaintiff shall serve upon Defendants or, if appearance has been entered by counsel, upon Defendants' counsel, a copy of every further pleading or other document submitted for consideration of the Court. Plaintiff shall include with the original paper to be filed with the Clerk of the Court a certificate stating the manner in which a true and correct copy of any document was served on Defendants, or counsel for Defendants, and the date of service.

Any paper received by the Court which has not been filed with the Clerk or which fails to include a Certificate of Service will be disregarded.

DATED: July 13, 2007

**HON. NITA L. STORMES**
U.S. Magistrate Judge
*for* **CATHY ANN BENCIVENGO**
United States Magistrate Judge