UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY RASHAD JOHNSON<br>CDC #F-39513,<br><br>Plaintiff,<br><br>v.<br><br>SAN DIEGO METROPOLITAN TROLLEY SYSTEMS; and A. CAMPBELL,<br><br>Defendants. | Civil No. 06cv1192-L (CAB)<br><br>**ORDER DENYING PLAINTIFF'S REQUEST TO ENTER DEFAULT** |

Plaintiff, a state prisoner proceeding *pro se*, has filed a civil rights complaint pursuant to 42 U.S.C. § 1983. Before the Court is Plaintiff's "Request to Enter Default." [Doc. No. 48.] The document purports to request default as to defendants "S.D. Transit System and S.D. Trolley, Inc." Defendants San Diego Metropolitan Transit System and San Diego Trolley, Inc., have filed a Motion to Dismiss the 4th Amended Complaint. [Doc. No. 47]. That motion is set for hearing before this Court on December 6, 2007 (no oral argument required). Under Fed. R. Civ. P. 12(a), the motion to dismiss is considered a responsive pleading. Therefore, the Request to Enter Default is moot and is DENIED.

**IT IS SO ORDERED.**

DATED: November 16, 2007

**CATHY ANN** BENCIVENGO
United States Magistrate Judge