UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY RASHAD JOHNSON<br>CDC #F-39513,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>SAN DIEGO METROPOLITAN TROLLEY<br>SYSTEMS; and A. CAMPBELL,<br><br>　　　　　　　　　　　　Defendants. | Civil No.　　06cv1192-L (CAB)<br><br>**ORDER CONDITIONALLY DENYING MOTION TO DISMISS THE FOURTH AMENDED COMPLAINT AS MOOT [Doc. No. 47]** |

　　Plaintiff, a state prisoner proceeding *pro se*, has filed a civil rights complaint pursuant to 42 U.S.C. § 1983.  On November 5, 2007, Defendants San Diego Trolley, Inc., and Metropolitan Transit Development Board aka San Diego Metropolitan Transit System filed a motion to dismiss the fourth amended complaint. [Doc. No. 47.] On December 3, 2007, Plaintiff filed a motion for leave to file a fifth amended complaint. [ Doc. No. 51.]

　　On December 10, 2007, this court granted Plaintiff leave to file a (new) fifth amended complaint. [Doc. No. 52.]  Plaintiff has until January 25, 2008, within which to file a (new) fifth amended complaint.

　　Upon Plaintiff's filing of a (new) fifth amended complaint, Defendants' pending motion to dismiss the fourth amended complaint will be denied as moot.  If Plaintiff does not timely file a (new)

/ / / / /

/ / / / /

fifth amended complaint, then Defendants' motion to dismiss the fourth amended complaint will be put back on calendar for immediate resolution.

**IT IS SO ORDERED.**

DATED: December 10, 2007

_____
**CATHY ANN BENCIVENGO**
United States Magistrate Judge